1  MARK J. REICHEL, Bar #155034
   Attorney At Law
2  555 Capitol Mall, 6th Floor, Suite 600
   Sacramento, California  95814
3  Telephone: (916) 498-9258
   Fax:  (916) 441-6553
4  mark@reichellaw.com
   www.reichellaw.com
5

6  Attorney for Defendant
   LO CHA THAO
7

8          IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,   ) NO. CR-S-07-266 FCD
                               )
12          Plaintiff,          ) **STIPULATION TO MODIFY TERMS**
                               ) **OF PRETRIAL RELEASE AND ORDER**
13     v.                       )
                               ) DATE: June  , 2007
                               ) TIME: N/A
14 LO CHA THAO et al.           ) JUDGE: HON. DALE A. DROZD
                               )
15                              )
            Defendants.         )
16                              )

17

18 _____

19     IT IS HEREBY STIPULATED by and between the parties

20 hereto through their respective counsel, ROBERT TWISS,

21 Assistant United States Attorney,  MARK J. REICHEL, Attorney

22 At Law, attorney for defendant LO CHA THAO, that the terms of

23 the defendant's pretrial release is modified as follows:

24     1. The defendant shall be allowed a curfew from his

25 residence for the time period of 6:00 a.m. until 9:00 p.m.

26 every day.

27 /////

28 /////

2. This curfew shall be subject to the complete control and approval of Pretrial Services at all times. The curfew may be revoked or modified at any time by the Pretrial Services Agency.

All prior orders of the court regarding the defendant's pretrial release shall remain in full force and effect.

DATED: January 8, 2008.                  Respectfully submitted,

                                         /s/ MARK J. REICHEL

                                         MARK J. REICHEL
                                         Attorney for Defendant


                                         McGREGOR W. SCOTT
                                         United States Attorney

DATED: January 8, 2008.                  /s/MARK J. REICHEL for:
                                         ROBERT TWISS
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff


APPROVED AS TO FORM AND CONTENT:

DATED: January 8, 2008
                                         /s/ MARK J. REICHEL for

                                         GINA FABIAN
                                         PRETRIAL SERVICES OFFICER

**O R D E R**

IT IS SO ORDERED.

DATED: January 15, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/thao0266.stipord(7)