MARK J. REICHEL, Bar #155034
Attorney At Law
555 Capitol Mall, 6th Floor, Suite 600
Sacramento, California 95814
Telephone: (916) 498-9258
Fax:      (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
LO CHA THAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-07-266 FCD |
| Plaintiff, | ) | **STIPULATION TO MODIFY TERMS** |
| | ) | **OF PRETRIAL RELEASE** |
| v. | ) | |
| | ) | |
| LO CHA THAO et al. | ) | JUDGE: HON. DALE A. DROZD |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELLEN ENDREZZI, Assistant United States Attorney, MARK J. REICHEL, Attorney At Law, attorney for defendant LO CHA THAO, that the terms of the defendant's pretrial release is modified as follows:

1. The defendant shall be released from electronic monitoring;

2. The defendant's travel shall be restricted to the Eastern District of California unless otherwise approved in advance in writing by the Pretrial Services Agency;

/////

1

3. The defendant shall reside at a residence approved by the Pretrial Services Agency and not move or absent himself from that residence for more than 24 hours without the prior written approval of the Pretrial Services Agency.

All prior orders of the court regarding the defendant's pretrial release that are not in conflict with these modifications shall remain in full force and effect.

DATED: June 24, 2008.                    Respectfully submitted,

                                         /s/ MARK J. REICHEL

                                         MARK J. REICHEL
                                         Attorney for Defendant


                                         McGREGOR W.  SCOTT
                                         United States Attorney

DATED: June 24, 2008.                    /s/MARK J. REICHEL for:
                                         ELLEN ENDRIZZI
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

       APPROVED AS TO FORM AND CONTENT:


DATED: June 24, 2008
                                         /s/ MARK J. REICHEL for

                                         JACOB SCOTT
                                         PRETRIAL SERVICES OFFICER


                          **O R D E R**

       IT IS SO ORDERED.

DATED: June 24, 2008.


                              _____
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE



Ddad1/orders.criminal/thao0266.stipord(12)

2