**FILED**

December 19, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR. S-07-0266 FCD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| LO CHA THAO, ) | |
| ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release LO CHA THAO, Case No. CR. S-07-0266 FCD

Charge Title 18 USC § 3148(b), from custody subject to the conditions contained in the attached

"Notice to Defendant Being Released" and for the following reasons:

___    Release on Personal Recognizance

_X_    Bail Posted in the Sum of $ _As previously posted_

___    Unsecured Appearance Bond

___    Appearance Bond with 10% Deposit

___    Appearance Bond with Surety

___    Corporate Surety Bail Bond

_X_    (Other) _Pretrial Services Supervision of_

_previously imposed conditions with electronic monitoring reimposed._

Issued at _Sacramento, CA_ on _December 19, 2008_ at _2:51_ pm .

By _Dale A. Drozd_

Dale A. Drozd
United States Magistrate Judge