MARK J. REICHEL, Bar #155034
Attorney At Law
455 Capitol Mall, 3rd Floor, Suite 350
Sacramento, California 95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
LO CHA THAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR.S-07-0266-FCD |
| Plaintiff, | ) |
| v. | ) STIPULATION TO MODIFY RELEASE TERMS TO ALLOW CURFEW AS SET BY PRETRIAL SERVICES AGENCY |
| | ) |
| LO CHA THAO | ) ELECTRONICALLY SIGNED |
| | ) Date: |
| | ) Time: |
| Defendant. | Judge: Hon. Dale A Drozd |

**ORDER**

The parties hereby stipulate that the terms of the defendant's pretrial release shall be modified to allow his curfew to be as set by the Pretrial Services Agency.

The Eastern District Pretrial Services Agency approves of this modification of terms.

All other terms and conditions shall remain in full force and effect.

Order modifying release terms on curfew

DATED: October 26, 2010

                                        MARK J. REICHEL

                                        Attorney for Defendant

                                        *Mark J. Reichel*

DATED: October    2010       BENJAMIN WAGNER
                                   UNITED STATES ATTORNEY

                                        *Mark J. Reichel for*
                                        _____
                             By   JILL THOMAS
                                   Assistant United States Attorney

                                    ORDER

    The defendant's terms of release shall be modified so that his curfew shall be at a time set by the Pretrial Services Agency. All other terms and conditions of release shall remain in full force and effect.

DATED: October 28, 2010.

                                          _____
                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

DAD1:crim
thao0266.stipord(22).wpd